## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CHARLIE BOWATER,

     Plaintiff,                           Case No.:  1:23-cv-16364

v.                                       Judge John J. Tharp, Jr.

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Beth W. Jantz
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 39 | HaoJieDianZiShangWu |
| 19 | PuTianShiMeiZhouDaoShangDeTouGuanBaiHuoDian |
| 72 | Xinweiplus |
| 65 | Zhangliyu |
| 8 | yuanzhouqujinguqibaihuodian |
| 101 | Gem Painting |
| 121 | UR Focus |
| 110 | Happy Decor |
| 122 | CIE |
| 104 | Yuan Ming Artist |
| 97 | JoyDecor |
| 94 | UncleChi Happy Home |
| 95 | Colorful Art Trade |
| 116 | new auto parts |
| 123 | Tao Home Furnish |
| 128 | Hanging picture decoration |
| 131 | LANNIE DECOR |
| 98 | Woodsen Art |
| 107 | Excellent auto parts |
| 114 | Cool wall art |
| 103 | YQ ice |
| 111 | Yanyinni |

| 99 | MINGSHENG |
| 118 | HometownYin |

DATED:  January 15, 2024          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 15, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt