IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLIE BOWATER, | |
| Plaintiff, | Case No.: 1:23-cv-16364 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 133 | Alice decoration |
| 113 | Chen zhi yong |
| 126 | D By Number Kits |
| 112 | Novan Direct |
| 100 | world garden |
| 105 | vivi mall shop |
| 93 | MUCHENGGIFT GROUP LTD |
| 106 | cinavip |
| 108 | Lyingdiy |
| 109 | feiqilihai |
| 82 | SATURCASE |
| 127 | ShopStreet |
| 12 | WUYULU |
| 15 | Ghostbusters Movie Poster |

| | |
|---|---|
| 115 | DHRO WALL ART |
| 119 | Tuconia |

DATED: January 24, 2024      Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 24, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt